UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TEVIN JAMAL ANDERSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1169-J |
| ) | |
| STATE OF OKLAHOMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff, a prisoner appearing pro se, filed this civil rights action on November 12, 2024 (Compl.) [Doc. No. 1]. The same day, Plaintiff moved to proceed in forma pauperis (IFP). [Doc. No. 2]. The Court referred the matter to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B),(C). [Doc. No. 3]. On November 18, 2024, Judge Stephens issued an order granting Plaintiff's IFP application and ordering Plaintiff to pay monthly installments of $1.98 until the filing fee was paid in full. [Doc. No. 5 at 1-2]. After receiving Plaintiff's first monthly fee, Judge Stephens screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and issued a Report and Recommendation recommending the Court dismiss Plaintiff's claims with prejudice for failure to state a claim against: (1) Defendant State of Oklahoma; (2) Defendant Lawton Correctional Facility; and (3) Defendant John Doe in his official capacity. (R. & R.) [Doc. No. 10 at 9]. Judge Stephens also recommended dismissing Plaintiff's claim without prejudice for failure to state a claim against Defendant GEO Group, Inc., leaving only Plaintiff's claim against Defendant John Doe in his individual capacity.[1]  *Id.*

---

[1] Plaintiff lists three defendants in the Complaint's caption and section naming parties to the suit. *See* Compl. at 1, 4 (listing "an unknown officer," Lawton Correctional Facility, and the State of Oklahoma as defendants). As required by law, Judge Stephens liberally construed Plaintiff's pro

Judge Stephens advised Plaintiff of his right to object to the Report and Recommendation by July 21, 2025, but Plaintiff submitted no objection. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review, the Court ADOPTS the Report and Recommendation [Doc. No. 10] and DISMISSES Plaintiff's claims with prejudice against: (1) Defendant State of Oklahoma; (2) Defendant Lawton Correctional Facility; and (3) Defendant John Doe in his official capacity. The Court further DISMISSES Plaintiff's claims without prejudice against Defendant GEO Group, Inc. The Court RE-REFERS the remaining claim against Defendant John Doe in his individual capacity back to Judge Stephens for further proceedings.

IT IS SO ORDERED this 4th day of August, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

se Complaint and addresses all possible defendants. *See* R. & R. at 2 (finding claims against State of Oklahoma, Lawton Correctional Facility, the GEO Group, Inc., and an "unknown officer").